IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAGNOLIA CLARK, BEULAH CLARK, )
CHERYL CLARK, DORIS CLARK, )
ARLEEN CLAYTON, REBECCA CLEMONS, )
SOLONIA CLEMINS, MALENDA CLINTON, )
AND OTHER PLAINTIFFS IDENTIFIED IN )
EXHIBIT "A" ATTACHED HERETO AND )
INCORPORATED FULLY HEREIN )
)
    Plaintiffs, )
) CIVIL ACTION NO.:
) 2:05CV532-T
)
vs. )
)
)
LIBERTY NATIONAL LIFE )
INSURANCE COMPANY, )
)
)
    Defendant, )

## EXHIBIT "A"

- Elisha Cloud
- Marie Coats
- Tommie Cobb
- Hollistene Coleman
- Luretha Coley
- Angela Collins
- Betty Collins
- Mabel Collins
- Mary Conner
- Ervin Cook
- Gloria Cook
- Clevester Cotton
- Cora Cottrell
- Minnie Cox
- James Crabb
- Hattie Craig
- Leon Crenshaw
- Pearlena Crockett
- Barbara Curry
- Josephine Curtis

Ernestine David
Beverly Davis
Freeman and Mary Davis
James Davis
Jimmie Davis
Molly Davis
Nellie Davis
Willie Davis
Aaron Day
Robert Day
Luevenia Dedrick
Marion Dennis
Thelma Devoise
William Dickson
Mary Dixon
Bytha Douglas
Martha Douglas
Cleo Dukes
Emma Dumas
Shellie Durden
Prince Dye
Mary Dykes
Bernice Echols
Willie Eddie
Cora Edwards
Lee Annie Edwards
Addie English
Jacqueline Evans
Lorraine Evans
Mae L. Faulk
Clemmie Fears
Rosetta Fields
Annie Flannigan
Estella Fleeton
Altheria Flowers
Hertlene Fomby
Lola Ford
Olillan Ford
Clarence Ford, Jr.
Josephine Foster
Consuella Fowler
Lona Fowles
Earnestine Franklin
Johnnie Franklin
Alfred Frazier
Willie Frazier

Jennifer Freeman
O'neal Friendly
Christine Friendly-Franklin
Isiah Fullenwiley
Cynthia Gachett
Helen Gaddis
Estelle Gales
Ella Gardner
Sandy Garrett, Jr.
Rosie Garth
Maggie Gibson
Elizabeth Gilbert
Florence Glenn
Jacquelyn Glenn
Lucy Glenn
Odell Golatte
Dorothy Goodwill
Delcena Gordon
Gloria Gordon
Catherine Gracie
Wilma Grant
John Gray
Neniah Greathouse
Addie Green
James Green
Prince Green