7160 3901 9848 9056 1692

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 06-09

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes
☐ No

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1. Article Addressed to:

**Liberty National Life Insurance Company
c/o The Corporation Company
2000 Interstate Park
Suite 204
Montgomery, Alabama 36109**

36109+5420

05cv532
S+C

PS Form 3811, July 2001    Domestic Return Receipt