# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELLEN GAYLE MOORE, et al., | } |
| Plaintiffs, | } |
| v. | } CASE NO. CV-99-BE-3262-S |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | } |
| Defendant. | } |

ENTERED
MAR 06 2002

## ORDER

This case is before the court on Defendant Liberty National's Motion to Consolidate. With Chief Judge Clemon's concurrence, that Motion is granted and this case is hereby transferred to Chief Judge Clemon and consolidated with *Hull v. Liberty National Life Insurance Co.*, N.D. Ala. Case No. 02-C-0219-W and *Adams v. Liberty National Life Insurance Co.*, N.D. Ala. Case No. 02-C-0454-W. The above-referenced case is the lead case.

DONE and ORDERED this 5th day of March, 2002.

KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 MAR 27 AM 9:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| CHARLES HUDSON and ALICE HUDSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) ) ) |

ENTERED
APR 1 2002

CIVIL ACTION NO. 02-AR-0719-S

GRANTED
[signature] 4/1/02
JUDGE        DATE

### LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Liberty National moves the Court to consolidate this action with *Moore v. Liberty National Life Insurance Co.*, N.D. Ala. Case No. 99-C-3262-S, the prior pending class action involving the same factual and legal issues. This lawsuit is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated two other individual actions, *Hull v. Liberty National Life Insurance Co.*, N.D. Ala. Case No. 02-C-0219-W, and *Adams v. Liberty National Life Insurance Co.*, N.D. Ala. Case No. 02-C-0454-W, with *Moore*. To promote judicial efficiency and conserve the parties' resources, Liberty National asks the Court to consolidate this action as well.

Liberty National offers the following in support of this motion.

1. As this Court is aware, the *Moore* case is a putative nationwide class action brought under the contract and property provisions of the Civil Rights Act of 1870, 42 U.S.C. §§ 1981 &

1720408.1



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PLES WILKINS, | } |
| Plaintiff, | } |
| vs. | } CIVIL ACTION NO. |
| | } CV-02-BU-0576-S |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | } |
| Defendant. | } |

ENTERED
APR 4 2002

## ORDER

This case is before the Court on Defendant Liberty National's Motion to consolidate (doc. 3). With Chief Judge Clemon's concurrence, that Motion is granted and this case is hereby transferred to Chief Judge Clemon and consolidated with *Hull v. Liberty National Life Insurance Co.*, N.D. Ala. Civil Action No. 02-C-0219-W, *Adams v. Liberty National Life Insurance Co.*, N.D. Ala. Civil Action No. 02-C-0454-W and *Ellen Gayle Moore, et al v. Liberty National Life Insurance Co.*, N.D. Ala. Civil Action No. 99-C-3262-S, the lead case.

DONE this 3rd day of April, 2002.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM SUNDAY and ROSETTA SUNDAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) ) |

CIVIL ACTION NO. 02-BE-0639-S

**GRANTED** 4/17/02

**Liberty National's Motion to Consolidate**

Pursuant to Federal Rule of Civil Procedure 42(a), Liberty National moves the Court to consolidate this action with *Moore v. Liberty National Life Insurance Co.*, Case No. CV-99-C-3262-S, the prior pending class action involving the same factual and legal issues. This lawsuit is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated four other individual actions, *Hull v. Liberty National Life Insurance Co.*, Case No. CV-02-C-0219-W, *Adams v. Liberty National Life Insurance Co.*, Case No. CV-02-C-0454-W, *Hudson v. Liberty National Life Insurance Co.*, Case No. CV-02-AR-0719-S, and *Wilkins v. Liberty National Life Insurance Co.*, Case No. CV-02-BU-0576-S, with *Moore*. To promote judicial efficiency and conserve the parties' resources, Liberty National asks the Court to consolidate this action as well.

Liberty National offers the following in support of this motion.




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 APR -8 PM 3:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

LIZZIE BROWN,                )
                             )
    Plaintiff,               )
                             )
v.                           )       CIVIL ACTION NO. 02-BE-0718-S
                             )
LIBERTY NATIONAL LIFE        )
INSURANCE COMPANY,           )       GRANTED
                             )       [signature] 4/17/02
    Defendant.               )       JUDGE            DATE

ENTERED
APR 17 2002

### LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Liberty National moves the Court to consolidate this action with *Moore v. Liberty National Life Insurance Co.*, Case No. CV-99-C-3262-S, the prior pending class action involving the same factual and legal issues. This lawsuit is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated four other individual actions, *Hull v. Liberty National Life Insurance Co.*, Case No. CV-02-C-0219-W, *Adams v. Liberty National Life Insurance Co.*, Case No. CV-02-C-0454-W, *Hudson v. Liberty National Life Insurance Co.*, Case No. CV-02-AR-0719-S, and *Wilkins v. Liberty National Life Insurance Co.*, Case No. CV-02-BU-0576-S, with *Moore*. To promote judicial efficiency and conserve the parties' resources, Liberty National asks the Court to consolidate this action as well.

Liberty National offers the following in support of this motion.

1.   As this Court is aware, the *Moore* case is a putative nationwide class action brought




1/924177.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 APR 15 PH 3: 14

| | |
|---|---|
| ELLEN GAYLE MOORE, FANNIE MCCONNELL, SPENCER WILLIAMS and ANITA BOWERS, on Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 99-C-3262-S |
| LEE B. GRAY, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 02-PWG-903-S |

GRANTED
[signature] 4/17/02
JUDGE           DATE

ENTERED
APR 17 2002

### LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Liberty National moves the Court to consolidate this action with *Moore v. Liberty National Life Insurance Co.*, Case No. CV-99-C-3262-S, the prior pending class action involving the same factual and legal issues. This lawsuit is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated four other individual actions, *Hull v. Liberty National Life*



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 APR -8 PM 3:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| WILLIE C. WILLIAMS and VELMA WILLIAMS, ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO. 02-BE-0717-S |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, ) | |
| Defendant. ) | |

GRANTED
[signature] 4/17/02
JUDGE         DATE

ENTERED
APR 17 2002

## LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Liberty National moves the Court to consolidate this action with *Moore v. Liberty National Life Insurance Co.*, Case No. CV-99-C-3262-S, the prior pending class action involving the same factual and legal issues. This lawsuit is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated four other individual actions, *Hull v. Liberty National Life Insurance Co.*, Case No. CV-02-C-0219-W, *Adams v. Liberty National Life Insurance Co.*, Case No. CV-02-C-0454-W, *Hudson v. Liberty National Life Insurance Co.*, Case No. CV-02-AR-0719-S, and *Wilkins v. Liberty National Life Insurance Co.*, Case No. CV-02-BU-0576-S, with *Moore*. To promote judicial efficiency and conserve the parties' resources, Liberty National asks the Court to consolidate this action as well.

Liberty National offers the following in support of this motion.

1. As this Court is aware, the *Moore* case is a putative nationwide class action brought

1/924171.1



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

02 APR 19 PM 3:25

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ELLEN GAYLE MOORE, FANNIE MCCONNELL, SPENCER WILLIAMS and ANITA BOWERS, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 99-C-3262-S<br>) (original pleading filed in this case)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SARAH BETTON,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 02-AR-946-S<br>) (copy filed in this case)<br>)<br>)<br>)<br>)<br>) |

GRANTED
[signature] 4/25/02
JUDGE    DATE

ENTERED APR 25 2002

## LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Liberty National moves the Court to consolidate this action with *Moore v. Liberty National Life Insurance Co.*, Case No. CV-99-C-3262-S, the prior pending class action involving the same factual and legal issues. This lawsuit is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated eight other individual actions, *Hull v. Liberty National Life*



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

02 JUN 25 PM 1:55

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ELLEN GAYLE MOORE, FANNIE MCCONNELL, SPENCER WILLIAMS and ANITA BOWERS, on Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 99-C-3262-S (original pleading filed in this case) <br><br> Consolidated Cases: 02-C-219-S; 02-C-454-S; 02-C-576-S; 02-C-636-S; 02-C-717-S; 02-C-718-S; 02-C-719-S; 02-C-903-S; 02-C-946-S; 02-C-1011-S; 02-C-1034-S. |
| RALPH V. MORGAN, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY NATIONAL LIFE INSURANCE COMPANY, BURIAL SERVICE COMPANY OF ALABAMA <br><br> Defendants. | CIVIL ACTION NO. 02-C-1498-S (copy filed in this case) |

GRANTED
_____ 7/3/02
JUDGE          DATE

ENTERED JUL 3 2002

## LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendants move the Court to consolidate *Morgan v. Liberty National Life Insurance Co., et al.*, Case No. CV-02-N-1498-C with *Moore v. Liberty National Life Insurance Co.*, Case No. CV-99-C-3262-S, the prior pending class action involving the same factual and legal issues. *Morgan* is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated eleven other individual actions with *Moore*: *Hull v. Liberty National Life Insurance Co.*, Case No.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 JUL -8 AM 10: 37
U.S. ___ COURT
N.D. OF ALABAMA

| | |
|---|---|
| ELLEN GAYLE MOORE, FANNIE MCCONNELL, SPENCER WILLIAMS and ANITA BOWERS, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 99-C-3262-S<br>(original pleading filed in this case)<br><br>Consolidated Cases: 02-C-219-S; 02-C-454-S; 02-C-576-S; 02-C-636-S; 02-C-717-S; 02-C-718-S; 02-C-719-S; 02-C-903-S; 02-C-946-S; 02-C-1011-S; 02-C-1034-S; 02-C-1371-S; 02-C-1498-S. |
| WILLIE LEE ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY NATIONAL LIFE INSURANCE COMPANY, BURIAL SERVICE COMPANY OF ALABAMA<br><br>Defendants. | GRANTED  7/12/02<br>JUDGE<br><br>CIVIL ACTION NO. 02-HGD-1619-S<br>(copy filed in this case)<br><br>ENTERED JUL 15 2002 |

### LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendants move the Court to consolidate *Arnold v. Liberty National Life Insurance Co., et al.*, Case No. CV-02-HGD-1619-S with *Moore v. Liberty National Life Insurance Co.*, Case No. CV-99-C-3262-S, the prior pending class action involving the same factual and legal issues. *Arnold* is an individual action virtually identical to *Moore*, which has been pending in this Court since December 1999. The Court recently consolidated thirteen other individual actions with *Moore*: *Hull v. Liberty National Life Insurance Co.*, Case No.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 SEP -4 PM 3:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LIBERTY NATIONAL INSURANCE | ) | CIVIL ACTION NO. 02-C-2741-S |
| CASES | ) | (original pleading filed in this case) |

| | | |
|---|---|---|
| BOBBIE BASS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-CV-BE-2335-S |
| | ) | (copy filed in this case) |
| LIBERTY NATIONAL LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

GRANTED
[signature] 9/9/03
U.S. DISTRICT JUDGE

### LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendant moves the Court to consolidate *Bass v. Liberty National Life Insurance Co., et al.*, Case No. 03-CV-2335-B with *Moore v. Liberty National Insurance Company*, CV-99-C-3262-S, under the master docket and case file *In Re Liberty National Insurance Cases*, CV-02-C-2741-S. *Bass* is an action filed by 251 individual plaintiffs whose claims are virtually identical to the claims in the cases consolidated under *In Re Liberty National Insurance Cases*.

Liberty National offers the following in support of this motion:

1. The first-filed case in *In Re Liberty National Insurance Cases*, is *Moore v. Liberty National Life Insurance Company*, CV-99-C-3262-S, a putative nationwide class action brought under the contract and property provisions of the Civil Rights Act of 1870, 42 U.S.C. §§ 1981 & 1982. The complaint alleges that Liberty National violated the

1/1088918.1



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

04 MAR 25 PM 3:21

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LIBERTY NATIONAL INSURANCE | ) | CIVIL ACTION NO. 02-C-2741-S |
| CASES | ) | (original pleading filed in this case) |

ENTERED
APR 1 9 2004

| | | |
|---|---|---|
| JIMMY EDWARDS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. CV-04-H-0620-S |
| | ) | (copy filed in this case) |
| LIBERTY NATIONAL LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

GRANTED
/s/ Keenan 4/19/04
JUDGE                    DATE

## LIBERTY NATIONAL'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendant moves the Court to consolidate *Edwards v. Liberty National Life Insurance Co., et al.*, Case No. CV-04-H-0620-S with *Moore v. Liberty National Insurance Company*, CV-99-C-3262-S, under the master docket and case file *In Re Liberty National Insurance Cases*, CV-02-C-2741-S. *Edwards* is an action filed by a plaintiff whose claims are virtually identical to the claims in the cases consolidated under *In Re Liberty National Insurance Cases*.

Liberty National offers the following in support of this motion:

1.   The first-filed case in *In Re Liberty National Insurance Cases*, is *Moore v. Liberty National Life Insurance Company*, CV-99-C-3262-S, a putative nationwide class action brought under the contract and property provisions of the Civil Rights Act of 1870, 42 U.S.C. §§ 1981 & 1982. The complaint alleges that Liberty National violated the

1/1150786.1