# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 0 2002

LUTHER D. THOMAS, Clerk
By: _J. Reed_ Deputy Clerk

WILLIE LEE ARNOLD,                    :

    Plaintiff,                    :          CIVIL ACTION

v.                                    :          1:02-cv-991-MHS

LIBERTY NATIONAL LIFE                 :
INSURANCE CO.,
                                      :
    Defendant.

## ORDER

The Court GRANTS defendant's unopposed motion to transfer [#3-1]; and DIRECTS the Clerk to transfer this matter to the Northern District of Alabama.

IT IS SO ORDERED, this 20 day of June, 2002.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

1

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

JUN 18 2002

LUTHER D. TH~
By: _____

Ralph Morgan, Jr.,

    Plaintiff,

v.

Liberty National Life
Insurance Company,

    Defendant.

CIVIL ACTION FILE
NO. 4:02-CV-0083-HLM

CV-02-C-1498-S

02 JUN 20 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## ORDER

    This case is before the Court on Defendant's Motion to Transfer Case to Northern District of Alabama [3].

    Defendant has moved to transfer this case to the Northern District of Alabama, where several related cases are pending. The Court **GRANTS** Defendant's Motion to Transfer Case to Northern District of Alabama [3], and **TRANSFERS** this case to the Northern District of Alabama.

    IT IS SO ORDERED, this the 17 day of June, 2002.

                            UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

JUN 18 2002

Luther D. Thomas, Clerk
By: _____
Deputy Clerk

1