IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MAGNOLIA CLARK, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| v. | )    2:05cv532-T |
| | ) |
| **LIBERTY NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is ORDERED that defendant's motion to transfer (Doc. No. 5) is set for submission, without oral argument, on August 1, 2005, with all briefs due by said date.

DONE, this the 1st day of July, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**