IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MAGNOLIA CLARK, et al.,       )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )      2:05cv532-T
                              )
LIBERTY NATIONAL LIFE         )
INSURANCE COMPANY,            )
                              )
    Defendant.                )
```

ORDER

In light of plaintiffs' response and consent (Doc. No. 9), it is ORDERED that defendant's motion to transfer (Doc. No. 5) is granted and that this cause is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 20th day of July, 2005.

                                            /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE